1  MARK D. PETERS (sbn110981)
   Peters & Peters
2  645 Fourth Street, Suite 213
   Santa Rosa, CA 95404
3  (707) 545-9250

4  Attorney for Defendant
   HEALDSBURG UNIFIED SCHOOL DISTRICT
5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8

9  A.S., a minor; JUDITH SANDERSON,           No. C 08-01776 CW
   individually and as parent of her minor
10 child,                                     STIPULATION AND ORDER TO
                                              CONTINUE CASE MANAGEMENT
11      Plaintiffs,                           CONFERENCE AND EXTEND
                                              DEADLINES FOR FILING 26(f)
12      v.                                    REPORT AND CASE MANAGEMENT
                                              STATEMENTS, AND MAKING
13 HEALDSBURG UNIFIED SCHOOL                  INITIAL DISCLOSURES
   DISTRICT,
14
        Defendant.
15 _____/

16      IT IS HEREBY STIPULATED, by and between Counsel for the Parties in the

17 above-captioned matter, in order to accommodate the vacation plans of Defense Counsel, that

18 the Case Management Conference presently scheduled for July 8, 2008, at 2:00 p.m., be

19 continued to August 12, 2008, at 2:00 p.m., and that the deadlines for filing Rule 26

20 subdivision (f) Reports and Case Management Statements, as well as the deadline for making

21 initial disclosures be extended commensurately to August 5, 2008.

22

23 DATED: June 24, 2008

24

25                              /s/ Mark D. Peters
                                Mark D. Peters
26                              Attorney for Defendant

27

28 STIPULATION AND ORDER           1

DATED: June 24, 2008

                                         /s/ Stephen J. Duggan
                                         Stephen J. Duggan
                                         Attorney for Plaintiffs

## ORDER

Good cause appearing therefor,

IT IS HEREBY ORDERED:

The Case Management Conference presently scheduled for July 8, 2008, at 2:00 p.m., is hereby continued to August 12, 2008, at 2:00 p.m., and the deadlines for filing Rule 26 subdivision (f) Reports and Case Management Statements, as well as the deadline for making initial disclosures are hereby extended to August 5, 2008.

DATED: June    , 2008

_____
The Honorable Claudia Wilken

STIPULATION AND ORDER                        2

PROOF OF SERVICE

I am a citizen of the United States and a resident of the County of SONOMA. I am over the age of 18 years and not a party to the within above-entitled action. My business address is 645 Fourth St., Suite 213, Santa Rosa, California 95404. On the below mentioned date, I served the STIPULATION AND ORDER on the attorneys of record in said action by entering it into the ECF System accessible to opposing Counsel:

Mr. Stephen J. Duggan
640 Healdsburg Avenue
Healdsburg, CA 95448

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 25, 2008

/s/ Mark D. Peters
Mark D. Peters

STIPULATION AND ORDER    3