```
1  MARK D. PETERS (sbn110981)
   Peters & Peters
2  645 Fourth Street, Suite 213
   Santa Rosa, CA 95404
3  (707) 545-9250

4  Attorney for Defendant
   HEALDSBURG UNIFIED SCHOOL DISTRICT
5
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.S., a minor; JUDITH SANDERSON, individually and as parent of her minor child,<br><br>    Plaintiffs,<br><br>    v.<br><br>HEALDSBURG UNIFIED SCHOOL DISTRICT,<br><br>    Defendant.<br>_____/ | No. C 08-01776 CW<br><br>STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND DEADLINES FOR FILING 26(f) REPORT AND CASE MANAGEMENT STATEMENTS, AND MAKING INITIAL DISCLOSURES |

IT IS HEREBY STIPULATED, by and between Counsel for the Parties in the above-captioned matter, in order to accommodate the vacation plans of Defense Counsel, that the Case Management Conference presently scheduled for July 8, 2008, at 2:00 p.m., be continued to August 12, 2008, at 2:00 p.m., and that the deadlines for filing Rule 26 subdivision (f) Reports and Case Management Statements, as well as the deadline for making initial disclosures be extended commensurately to August 5, 2008.

DATED: June 24, 2008

                                        /s/ Mark D. Peters
                                        Mark D. Peters
                                        Attorney for Defendant

STIPULATION AND ORDER          1

DATED: June 24, 2008

/s/ Stephen J. Duggan
Stephen J. Duggan
Attorney for Plaintiffs

ORDER

Good cause appearing therefor,

IT IS HEREBY ORDERED:

The Case Management Conference presently scheduled for July 8, 2008, at 2:00 p.m., is hereby continued to August 12, 2008, at 2:00 p.m., and the deadlines for filing Rule 26 subdivision (f) Reports and Case Management Statements, as well as the deadline for making initial disclosures are hereby extended to August 5, 2008.

DATED: June 27, 2008

*[signature]*

The Honorable Claudia Wilken

STIPULATION AND ORDER                    2

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | I am a citizen of the United States and a resident of the County of SONOMA. |
| 3 | I am over the age of 18 years and not a party to the within above-entitled action. My business |
| 4 | address is 645 Fourth St., Suite 213, Santa Rosa, California 95404. On the below mentioned |
| 5 | date, I served the STIPULATION AND ORDER on the attorneys of record in said action by |
| 6 | entering it into the ECF System accessible to opposing Counsel: |
| 7 | Mr. Stephen J. Duggan |
|   | 640 Healdsburg Avenue |
| 8 | Healdsburg, CA 95448 |
| 9 | I declare under penalty of perjury under the laws of the State of California that |
| 10 | the foregoing is true and correct. |
| 11 | Dated:  June 25, 2008 |

/s/ Mark D. Peters
Mark D. Peters

STIPULATION AND ORDER    3