1  STEPHEN J. DUGGAN  (SBN 153817)
   Attorney at Law
2  250 Healdsburg Ave., Ste. 201
   Healdsburg, CA  95448
3  707-473-2800
   707-473-2801 (Fax)
4  stephenjduggan@comcast.net

5  Attorney for Plaintiffs Judith Sanderson and A.S.

# UNITED STATES DISTRICT COURT

# NORTHERN CALIFORNIA DISTRICT

# OAKLAND DIVISION

| | |
|---|---|
| A.S. a minor; JUDITH SANDERSON, individually and as parent of her minor child, A. S,<br><br>    Plaintiffs,<br><br>    vs.<br><br>HEALDSBURG UNIFIED SCHOOL DISTRICT<br><br>    Defendant. | Case No. __ C 08-01776 CW<br><br>NOTICE OF CHANGE OF ADDRESS OF PLAINTIFF'S ATTORNEY OF RECORD |

TO ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the address of Plaintiff's Attorney has changed to:

    Stephen J. Duggan
    250 Healdsburg Avenue, Suite 201
    Healdsburg, CA 95448

Dated:  July 17, 2008

                                              [Original signed]_____

                                              STEPHEN J. DUGGAN

                                              Attorney for Plaintiffs

NOTICE OF CHANGE OF ADDRESS            1

PROOF OF SERVICE BY MAIL

I am a citizen of the United States.  My business address is 250 Healdsburg Avenue, Suite 201, Healdsburg, CA 95448. I am over the age of 18 years and not a party to the within cause.

On July 17, 2008, I served the following document on Defendant Healdsburg Unified School District, Notice of Change of Address of Plaintiff's Attorney, by sealing the document in an envelope, and depositing the envelope with the United States Postal Service, postage prepaid, for delivery to:

> MARK D. PETERS
> Peters & Peters
> 645 Fourth Street, Suite 213
> Santa Rosa, CA 95404

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 17, 2008, at Healdsburg, California.

[original signed]
_____
Stephen J. Duggan

NOTICE OF CHANGE OF ADDRESS          2