MARK D. PETERS (sbn110981)
Peters & Peters
645 Fourth Street, Suite 213
Santa Rosa, CA 95404
(707) 545-9250

Attorney for Defendant
HEALDSBURG UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.S., a minor; JUDITH SANDERSON, individually and as parent of her minor child,<br><br>    Plaintiffs,<br><br>    v.<br><br>HEALDSBURG UNIFIED SCHOOL DISTRICT,<br><br>    Defendant.<br>_____/ | No. C 08-01776 CW<br><br>JOINT STATUS REPORT AND CASE MANAGEMENT STATEMENT<br><br>DATE:   August 12, 2008<br>TIME:   2:00 p.m.<br>CTRM:  Two, Oakland |

In advance of the Initial Case Management Conference, the parties, through their respective Counsel, submit their Joint Status Report and Case Management Statement.

A.  Summary of the claims and defenses:

The Complaint alleges causes of action for violation of the California constitution and Sections 220 and 260 of the Education Code, and title 42 U.S.C. Section 2000d, premised upon racial harassment that Plaintiff A.S. experienced at Healdsburg Junior High School, operated by Defendant Healdsburg Unified School District. Plaintiffs allege that the response by the School District was inadequate.

JOINT STATUS REPORT
AND CASE MANAGEMENT STATEMENT          1

<u>B.  Status of service on all defendants and cross-defendants:</u>

The sole Defendant is the Healdsburg Unified School District, which has been served and has answered.

<u>C.  Joinder of additional parties:</u>

It is not anticipated that additional parties will be joined.

<u>D.  Amendments to the pleadings:</u>

No amendments to the pleadings are presently contemplated.

<u>E.  Jurisdiction and venue:</u>

Jurisdiction and venue are proper in this Court.

<u>F.  Discovery plan:</u>

<u>1.  Changes in timing for initial disclosures:</u>

The parties stipulated to continue the time for making Initial Disclosures to August 5, 2008.

<u>2.  Subjects on which discovery may be needed:</u>

Actual incidents occurred; complaints by minor and her mother; investigation, findings and actions taken in response by School District, and damages.

<u>3.  Changes in the limitation on discovery imposed under federal or local rules:</u>

No changes are anticipated.

JOINT STATUS REPORT
AND CASE MANAGEMENT STATEMENT     2

### 4. Timing of expert witness disclosures:

Disclosure of expert witness information to be made 75 days prior to Trial.

### 5. Proposed Discovery Cut-Off:

Discovery to cease 60 days prior to Trial.

### 6. Discovery Motion Cutoff:

Discovery motions to be heard no later than 45 days prior to Trial.

### G.  Cut-off for non-discovery motions:

Non-discovery motions to be heard no later than 30 days prior to Trial.

### H. Pre-trial Conference and Trial:

Plaintiff's Counsel proposes that the case will be ready for Trial, and requests that the Court set the Trial in April 2009.  Defendant's Counsel is concerned that the matter may not be ready for Trial by then, and that the end of the school year and summer are traditionally difficult times for school personnel to attend Trial, and may request that the matter be set for Trial in the fall of 2009.

### I. Estimated days of Tral:

The Trial is expected to last up to ten days.

### J. Appropriateness of Special Procedures:

No special procedures are contemplated at this time.

JOINT STATUS REPORT
AND CASE MANAGEMENT STATEMENT     3

K.  Proposed modification of standard pre-Trial procedures:

None.

L.  Related cases:

None.

M.  Prospects for Settlement:

The parties have stipulated to participate in the Court's Early Neutral Evaluation Program and Ms. Greta W. Schnetzler has been appointed to act as the Evaluator.

N.  Other matters:

None.

DATED: July 31, 2008

/s/ Mark D. Peters
Mark D. Peters
Attorney for Defendant

DATED: July 31, 2008

/s/ Stephen J. Duggan
Stephen J. Duggan
Attorney for Plaintiffs

JOINT STATUS REPORT
AND CASE MANAGEMENT STATEMENT    4

PROOF OF SERVICE

I am a citizen of the United States and a resident of the County of SONOMA. I am over the age of 18 years and not a party to the within above-entitled action. My business address is 645 Fourth St., Suite 213, Santa Rosa, California 95404. On the below mentioned date, I served the JOINT STATUS REPORT AND CASE MANAGEMENT STATEMENT on the attorneys of record in said action by entering it into the ECF System accessible to opposing Counsel:

Mr. Stephen J. Duggan
250 Healdsburg Avenue, Suite 201
Healdsburg, CA 95448

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 31, 2008

/s/ Mark D. Peters
Mark D. Peters

JOINT STATUS REPORT
AND CASE MANAGEMENT STATEMENT    5