1  STEPHEN J. DUGGAN  (SBN 153817)
   Attorney at Law
2  250 Healdsburg Ave., Ste. 201
   Healdsburg, CA  95448
3  707-473-2800
   707-473-2801 (Fax)
4  stephenjduggan@comcast.net

5  Attorney for Plaintiffs Judith Sanderson and A.S.

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN CALIFORNIA DISTRICT**

10                       **OAKLAND DIVISION**

11

| | |
|---|---|
| A.S. a minor;  JUDITH SANDERSON, individually and as parent of her minor child, A. S, | Case No. __ C 08-01776 CW |
| Plaintiffs, | PLAINTIFF'S ATTORNEY'S REQUEST TO APPEAR BY COURTCALL AT INITIAL CASE MANAGEMENT CONFERENCE |
| vs. | Date:            August 12, 2008 |
| HEALDSBURG UNIFIED SCHOOL DISTRICT | Time:            2:00 p.m. |
| Defendant. | |

18      Plaintiff's attorney of record in this matter hereby requests permission to appear by

19  telephone at the initial Case Management Conference in this action.  Plaintiff's attorney will

20  make arrangements to appear via Courtcall, if this request is approved.

21  Dated:  August 7, 2008

22                                      [Original signed]

23                                      STEPHEN J. DUGGAN

24                                      Attorney for Plaintiffs

25

26

27

28
    REQUEST TO APPEAR BY TELEPHONE      1

1

IT IS SO ORDERED,  Plaintiff attorney's request to appear by telephone at the initial Case

2

Management Conference is approved.

3

DATED: August __, 2008

4

5

_____

The Honorable Claudia Wilken

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST TO APPEAR BY TELEPHONE      2

1          PROOF OF SERVICE BY MAIL

2          I am a citizen of the United States.  My business address is 250 Healdsburg Avenue,

3   Suite 201, Healdsburg, CA 95448. I am over the age of 18 years and not a party to the within

4   cause.

5          On August 7, 2008, I served the following document on Defendant Healdsburg Unified

6   School District, Plaintiff Request to Appear by Telephone, by sealing the document in an

7   envelope, and depositing the envelope with the United States Postal Service, postage prepaid, for

8   delivery to:

9          MARK D. PETERS
           Peters & Peters
10         645 Fourth Street, Suite 213
11         Santa Rosa, CA 95404

12         I declare under penalty of perjury under the laws of the State of California

13   that the above is true and correct.

14         Executed on August 7, 2008, at Healdsburg, California.

15

16                                    _____[ORIGINAL SIGNED_____

17                                          Stephen J. Duggan

18

19

20

21

22

23

24

25

26

27

28
REQUEST TO APPEAR BY TELEPHONE      3