1  STEPHEN J. DUGGAN  (SBN 153817)
   Attorney at Law
2  250 Healdsburg Ave., Ste. 201
   Healdsburg, CA  95448
3  707-473-2800
   707-473-2801 (Fax)
4  stephenjduggan@comcast.net

5  Attorney for Plaintiffs Judith Sanderson and A.S.

## UNITED STATES DISTRICT COURT

## NORTHERN CALIFORNIA DISTRICT

## OAKLAND DIVISION

| A.S. a minor; JUDITH SANDERSON, individually and as parent of her minor child, A. S, | Case No. __ C 08-01776 CW |
|---|---|
| Plaintiffs, | STIPULATION FOR AND ~~PROPOSED~~ ORDER DISMISSING ACTION |
| vs. | |
| HEALDSBURG UNIFIED SCHOOL DISTRICT | |
| Defendant. | |

    Plaintiff's A.S. and JUDITH SANDERSON and Defendant HEALDSBURG UNIFIED SCHOOL DISTRICT hereby stipulate as follows:

    1.  The Parties have reached a settlement of this matter;
    2.  Each Party will bear her/its own attorneys fees and costs;
    3.  The Court may therefore dismiss this action with prejudice.

Dated:  February 4, 2009

                                    [Original signed]_____
                                    STEPHEN J. DUGGAN
                                    Attorney for Plaintiffs

STIPULATION FOR
DISMISSAL WITH PREJUDICE                    1

1  Dated: February 4, 2009

2                                                                    [Original signed]
                                                                     MARK PETERS
3                                                                    Attorney for Defendant

4

5  IT IS SO ORDERED.  Plaintiffs' action is dismissed with prejudice.  Each Party will bear

6  her/its own attorney fees and costs.

7

8  Dated:  February 9, 2009                          /s/ Claudia Wilken

9                                                                    _____

10                                                                   THE HONORABLE CLAUDIA

11                                                   WILKEN

28 STIPULATION FOR
   DISMISSAL WITH PREJUDICE                          2